LIESE LOTTIE GUTMANN, PLAINTIFF-RESPONDENT, v.
HANNA GUTMANN, DEFENDANT-PETITIONER.

See same case below: 70 *N. J. Super.* 266.

*Messrs. Shapiro, Brotman & Eisenstat* for the petitioner.

*Mr. Arthur L. Joseph* and *Mr. Lawrence N. Park* for the respondent.

January 29, 1962.   Denied.